UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WILSON d/b/a THE WIND WORKS,

          Plaintiff,          Case Number 20-13020

v.                                                    Honorable David M. Lawson

NATIONAL EDUCATIONAL MUSIC CO.,

          Defendant.

_____/

## ORDER GRANTING MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT

This matter is before the Court on the plaintiff's motion to extend the time for serving the summons and complaint. The complaint was filed on November 11, 2020, and a summons was issued two days later. Plaintiff's counsel arranged for service by registered mail at the office of the defendant's registered agent. However, the papers were returned as undeliverable because the location of the registered agent had changed. Plaintiff's attorney states that he did not realize that he mistakenly had used the old address until he received notice of the delivery failure.

Generally, a plaintiff must serve each defendant with a copy of the summons and complaint within 90 days after filing the complaint. Fed. R. Civ. P. 4(m). The deadline, however, must be extended "for an appropriate period" if "the plaintiff shows good cause for the failure." *Ibid.* The Court finds that, due to the delay in ascertaining the proper address for completion of service, the plaintiff has shown good cause for the failure to complete service within the usual time allowed. The Court therefore will grant the motion to extend the time for service.

- 2 -

Accordingly, it is **ORDERED** that the plaintiff's motion to extend the time for service (ECF No. 4) is **GRANTED**, and service of the summons and complaint must be completed **on or before March 17, 2021**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated: February 18, 2021